# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLINSTON SINKFIELD,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION NO. 03-00432-WS-M** |
| **GRANTT CULLIVER, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 19th day of October, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE