# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLINSTON SINKFIELD,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION NO. 03-00432-WS-M** |
| **GRANTT CULLIVER, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 19th day of October, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE